**NOTE: CHANGES MADE BY COURT**

# JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MAX BERLAND,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:25-cv-01884-FWS-SSC

Hon. Fred W. Slaughter
Courtroom 10D

**ORDER RE JOINT STIPULATION TO REMAND CASE TO SAN BERNARDINO COUNTY SUPERIOR COURT [46]**

///

///

///

Having reviewed and considered the Joint Stipulation to Remand Case to San Bernardino County Superior Court [46] ("Stipulation"),[1] between Plaintiff Max Berland and Defendant Nissan North America, Inc., the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

All future deadlines and dates in the above-captioned case are **VACATED**, including the Pretrial Conference Hearing and OSC Hearing on October 22, 2026, at 10:00 a.m., in Courtroom 10D, as well as the Trial on November 17, 2026, in Courtroom 10D. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of San Bernardino, as Case Number CIVRS2504983.

**IT IS SO ORDERED**.

Dated: October 20, 2026



Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[1] The Stipulation is incorporated into this Order by this reference.